**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| SAMANTHA AUBREY, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>VIRGINIA NATIONAL BANK,<br><br>                Defendant. | Civil Action No. <u>3:23-CV-0050</u> |

**NOTICE OF PENDING SETTLEMENT**

Plaintiff Samantha Aubrey ("Plaintiff"), by and through undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of documenting their agreement and expect to be in a position to file dismissal paperwork within thirty (30) days. They hereby notify the Court and propose that the oral arguments for the pending Motion to Dismiss be postponed from tomorrow, January 18, 2024 as unnecessary pending that final resolution. In the event that the settlement is not finalized by a notice of dismissal within 30 days, the parties will notify the Court so that it may make further, appropriate modifications.

Date: January 17, 2024                    Respectfully submitted,

                                  By:    <u>*/s/ Devon J. Munro*</u>
                                        Devon J. Munro (VSB# 47833)
                                        MUNRO BYRD, P.C.
                                        120 Day Ave. SW, Suite 100
                                        Roanoke, VA 24014
                                        Ph.: 540-283-9343
                                        Fax: 540-328-9290
                                        dmunro@trialsva.com

Jeffrey D. Kaliel
Sophia G. Gold
(Pro Hac Vice App. Pending)
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C.  20005
(202) 350-4783
*jkaliel@kalielgold.com*
*sgold@kalielgold.com*

Christopher D. Jennings
Tyler B. Ewigleben
(Pro Hac Vice App. Pending)
JOHNSON FIRM
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Telephone: (501) 372-1300
chris@yourattorney.com
tyler@yourattorney.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2024, I served a true and correct copy of the foregoing Notice of Settlement by filing a copy in the Court's electronic filing system, which serves copies electronically on all counsel of record.

/s/  *Devon J. Munro*