UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **SAMANTHA AUBREY,** on behalf of herself and all others similarly situated, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No.: 3:23-CV-000050 |
| **VIRGINIA NATIONAL BANK,** | )<br>)<br>) |
| **Defendant.** | ) |

## ORDER

This matter comes before the Court on the parties' Stipulation for Voluntary Dismissal with Prejudice. Dkt. 27. Under Federal Rule of Civil Procedure 41, it is hereby **ORDERED** that this action against Defendant Virginia National Bank is dismissed by stipulation with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered: March 19, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge